# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MATTHEW DIX, | : | No. 8 EAP 2018 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court entered on |
| | : | January 4, 2018 at No. 469 MD 2017 |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS | : | |
| (DOC AND ITS) STATE CORRECTIONAL | : | |
| INSTITUTIONS (SCI), CAMP HILL AND | : | |
| MAHANOY PRISON, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 28th day of December, 2018, the Order of the Commonwealth Court is **AFFIRMED**.